**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SACV 12-00315-CJC(RNBx)                                  Date:  April 24, 2012

Title: JON CORDES v. SELECT PORTFOLIO SERVICING, INC.

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

    Michelle Urie                                          N/A
    Deputy Clerk                                      Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

    None Present                                       None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DIRECTING DEFENDANT TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE REMANDED FOR LACK OF JURISDICTION**

        The Court orders Defendant to show cause why this case should not be remanded for lack of subject matter jurisdiction.  Defendant shall file and serve a response to the Court's order to show cause on May 7, 2012, and Plaintiff shall file and serve any opposition thereto on May 14, 2012.  After reviewing the parties' filings, the Court will advise the parties if a hearing on the Court's order will be necessary.  The Court hereby vacates the hearing on the pending motion to dismiss scheduled for April 30, 2012 at 1:30 p.m.  The Court will reschedule the hearing, if necessary, following its decision on the order to show cause.

jsk

MINUTES FORM 11
CIVIL-GEN                                              Initials of Deputy Clerk MU